IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-CR-00294-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1.   AMADO MEDINA**,
2.  LUCY MEDINA,
3.  MARIA MEDINA,
4.  ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.  ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6.  FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7.  MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.  LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.  EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

     Defendants.

**ORDER RE MOTION FOR RECONSIDERATION**

This matter is before the Court on Defendant Amado Medina's Renewed

Request for Bail Hearing, and for Defendant's Release on Bail (Dkt. # 391).  The

government is DIRECTED to respond to this motion no later than **noon Monday,**

**March 27, 2006.**

DATED: March 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge

2