IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 05-cr-00294-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   **AMADO MEDINA,**
2.   LUCY MEDINA,
3.   MARIA MEDINA,
4.   ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5.   ARMANDO VALDOVINOS, a/k/a Armando Baldobinos
6.   FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7.   MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8.   LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9.   EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10.  ANGEL VELEZ-MEDINA,
11.  MIGUEL IZAGUIRRE,
12.  PATRICK MADRID,
13.  MARTIN VALDOVINES-VAZQUEZ,
14.  INGRID CALAR,
15.  SAUL GARCIA-ANTILLON,
16.  CARLOS SIMENTAL,
17.  ROBERT OLIVAS,
18.  ANTHONY PINO,
19.  ROSARIO VARGAS,
20.  SANTIAGO MEDINA,
21.  ELMA GARCIA,
22.  EDGAR GARCIA-ANTILLON,
23.  MARTIN PELAYO,
24.  ISIDRO PELAYO-CASTELLON,
25.  ALONSO MEDINA,
26.  EUGENIO SANTANA,
27.  HECTOR HERNANDEZ-HINOJOS,
28.  JOSE ALBERTO MALDONADO-GARCIA,

      Defendants.

**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE
AND MOTION FOR REQUEST FOR BAIL HEARING**

The government's Motion to Excuse Late Filing and For One-Day Extension of Time to File Response, to and including noon on March 28, 2006 (Dkt. # 397), is GRANTED.  Upon receipt and review of the Government's Response to Defendant's Renewed Request for a Bail Hearing and for Defendant's Release on Bail (Dkt. # 399), the Court hereby

ORDERS that Defendant Amado Medina's Renewed Request for a Bail Hearing (Dkt. # 391) is DENIED.

DATED: March 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge