IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-294-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **AMADO MEDINA**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on the Defendant's Unopposed Motion to Correct Sentence Pursuant to Fed.R.Crim.P.35(a) (doc. #980), filed May 9, 2008. The Motion is GRANTED. The judgment shall be corrected to delete the reference to "appointed" counsel and to include the recommendation to the Federal Bureau of Prisons that Mr. Medina participate in the Residential Drug and Alcohol Program (RDAP).

Dated this 9th day of May, 2008.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court