IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-294-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. AMADO MEDINA**

        Defendant.

## ORDER

Kane, J.

The Amended Judgment (doc. #983), entered on May 15, 2008, is VACATED, as it has been replaced with the Corrected Amended Judgment entered on May 19, 2008.

Dated this 19th day of May, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court