IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00294-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AMADO MEDINA

        Defendant.

## ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

      On December 14, 2009, the defendant commenced a three (3) year term of supervised release. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the defendant, Amado Medina, be discharged from further supervised release supervision.

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 12 day of April, 2011.

                                    BY THE COURT:

                                    John L. Kane, Senior Judge
                                    United States District Court